Becker v. State



COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





WHITE CONSOLIDATED
INDUSTRIES, d/b/a THE EUREKA
COMPANY,


 Appellant,


v.


IRENE RICHARDSON,


 Appellee. 

§


 


§


 


§


 


§


 


§



§

No. 08-05-00322-CV



Appeal from


 327th District Court


of El Paso County, Texas


(TC # 2003-4378)





MEMORANDUM OPINION



 Pending before the Court is the motion of Appellant, White Consolidated Industries, d/b/a
The Eureka Company, to dismiss this appeal pursuant to Tex.R.App.P. 42.1 because the parties have
settled all matters in controversy. We grant the motion and dismiss the appeal. The motion does not
reflect that the parties have made an agreement regarding costs. Consequently, we tax the costs of
appeal against Appellant. See Tex.R.App.P. 42.1(d)(absent agreement of the parties, the court will
tax costs against the appellant).


April 19, 2007 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.

Chew, C.J., not participating